**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Phillip Lee Carson,

Plaintiff,

v.

Charles L. Ryan, et al.,

Defendants.

No. CV 20-00196 PHX DWL (CDB)

**ORDER**

**IT IS ORDERED that** the CM/ECF docket in this matter shall be amended to reflect that Plaintiff's pleading at ECF No. 545, which contains a "Motion for Reconsideration to the United States District Judge Honorable Lonzo," is an appeal to Judge Lanza from the Magistrate Judge's order at ECF No. 542.

**IT IS FURTHER ORDERED that** Defendants shall respond to the pleading at ECF No. 545 no later than **September 7, 2026**.

Dated this 26th day of August, 2026.

Camille D. Bibles
United States Magistrate Judge